# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      Plaintiff,<br><br>    v.<br><br>**UBALDO DELATORRE-FLORES,**<br><br>      Defendant. | CR NOs: **2:13-CR-00112-MCE**<br>      **2:07-CR-00398-MCE** |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: UBALDO DELATORRE-FLORES

Detained at: RIO COSUMNES CORRECTIONAL CENTER

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
        charging detainee with: Deported Alien Found in the United States

 or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings

 or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Nirav Desai |
| Printed Name & Phone No: | AUSA NIRAV DESAI/916-554-2716 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 3, 2014

                    Honorable Edmund F. Brennan
                    U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Ubaldo Delatorre, Ubaldo De La Torre-Flores | ☒Male ☐Female | |
| Booking or CDC #: | 09686352 | DOB: | 5/16/75 |
| Facility Address: | 12500 Bruceville Road, Elk Grove, CA 95757 | Race: | |
| Facility Phone: | 916-874-1927 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

                (signature)